[   ] AMENDED

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| **In re:** | **Case No.:** |
| **(1)** Brandon Lee Douglas, Sr. | |
| **(2)** Tatrice Antinea Douglas | |
| **Debtor(s).** | **Chapter 13** |

**CHAPTER 13 PLAN**

**ADDRESS:**

(1) 1637 Camille Way          (2)
    Cordova, TN 38016

**PLAN PAYMENT:**

Debtor (1) shall pay: $ 925.00    ( ) weekly, ( X ) every two weeks, ( ) semi-monthly, or ( ) monthly by:
( X ) **PAYROLL DEDUCTION from:**          OR    ( ) **DIRECT PAY**
CoreCivic of Tennessee, LLC
Attn: Payroll
5501 Virginia Way, Suite 110
Nashville, TN 37027

Debtor (2) shall pay: $       ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly by:
( ) **PAYROLL DEDUCTION from:**          OR    ( ) **DIRECT PAY**

1. **THIS PLAN [Rule 3015.1 Notice]:**
   - (A) **CONTAINS A NON-STANDARD PROVISION.** [See plan provision #19]       ( ) YES ( X ) NO
   - (B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM.** [See plan provisions #7 and #8]       ( X ) YES ( ) NO
   - (C) **AVOIDS A SECURITY INTEREST OR LIEN.** [See plan provision #12].       ( ) YES ( X ) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan; OR ( X ) Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:**                                                             **Monthly Plan Payments**

5. **PRIORITY CLAIMS:**                              **Amount**                      **Monthly Plan Payments**

6. **HOME & MORTGAGE CLAIMS:**

   ( ) **Paid directly by Debtor(s);**  OR  ( X ) **Paid by Trustee to:**

   **Mortgagee:** Hope Credit Union

   **ongoing payment begins:** January, 2020                                $ 1,226.99

   **approximate arrearage:** $ 6,000.00        **Interest:** 0 %           $   100.00

7. **SECURED CLAIMS:**
   [Retain lien 11 U.S.C. §1325 (a)(5)]       **Value of collateral**   **Rate of interest**   **Monthly plan payment**

   Shelby County Trustee-paid through escrow

   City of Memphis Treasurer-paid through excrow

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of collateral | Rate of interest | Monthly plan payment |
|---|---|---|---|
| Ally | $21,222.00 | 6% | $ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

| | Collateral: |
|---|---|
| Inova Credit Union | 2016 Chev Impala |

**10. SPECIAL CLASS UNSECURED CLAIMS:**   Amount   Rate of interest   Monthly plan payment

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**   Not provided for   OR   General unsecured credotpr

| Navient & US Dept of Ed (all loans) | Not provided for |
|---|---|

**12.** THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):

**13.** ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.

**14.** ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $ 10,000.00 (approx.); however, amount is to be determined after all claims are filed, undersecured amounts determined, deficiencies determined, etc.

**15.** THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:
   (A) ( ) _____%, OR,
   (B) ( X ) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16.** THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:   Assumes   OR   Rejects

**17.** COMPLETION: Plan shall be completed upon payment of the above, approximately ___60___ months.

**18.** FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.

**19.** NON-STANDARD PROVISION(S):

   ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID

**20.** CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.

___/s/ Philip F. Counce_____ DATE: ___10/1/19_____.
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**